UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES WEBBER, PAUL DEPARRIE,
CLAUDIU PUHA, ROBERT STEPHENS,
and MICHAEL CARR,

       Plaintiff,

                              Civil No. 06-636-HA

    v.                          ORDER OF DISMISSAL
                                  AS TO PAUL DEPARRIE

CITY OF PORTLAND, et al.,

       Defendants.

       Based on defendant City of Portland's Motion To Dismiss,

       IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed as to plaintiff Paul deParrie.

       Dated this __13__ day of June, 2007.

                                                         /s/ ANCER L. HAGGERTY
                                                          ANCER L. HAGGERTY
                                              UNITED STATES DISTRICT JUDGE